# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

EX REL NAIMAH BEYAH,      :    No. 76 EM 2016

          Petitioner

      v.

OPTION ONE MORTGAGE
COMPANY/WELLS FARGO BANK
MINNESOTA NA,

          Respondent       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of June, 2016, the Application for Extraordinary and/or King's Bench Jurisdiction is **DENIED**.